**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Anayeli Chavarin

                                   Plaintiff,

v.                                            Case No.: 1:16–cv–04181
                                            Honorable Virginia M. Kendall

Alicias Tamales & Manolos Tamales, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 15, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 11/15/2016. Parties report case has settled. Case is dismissed without prejudice to become with prejudice on 11/15/2016. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.